UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DOMINGO PEREZ,

                Petitioner,               07 CIVIL 8562 (JSR)

    -against-                            **JUDGMENT**

USA,

                Respondent.
-----------------------------------------------------------X

       A petition for habeas corpus pursuant to U.S.C. § 2255 having been submitted to the Honorable Jed S Rakoff, United States District Judge, and the Court, on March 10, 2008, having rendered its Order dismissing the petition with prejudice and denying the issuance of a certificate of appealability, since any appeal would not be taken in good faith, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 10, 2009, the petition is hereby denied; the Court declines to issue a certificate of appealability, as plaintiff has failed to make a substantial showing of the denial of a Constitutional right; the Court certifies that In Forma Pauperis shall not be granted; and that any appeal from the judgment would not be taken in good faith.

DATED: New York, New York
            March 26, 2008

                                              J. MICHAEL McMAHON
                                                 Clerk of Court

BY:
                                                   Deputy Clerk

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 3/31/08]

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____